# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| LAURA NORRIS, <br> individually and on behalf of J.T., her minor child, <br><br> Plaintiff, <br><br> v. <br><br> GLAXOSMITHKLINE LLC, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> )    Civil Action No. <br> )    15-13833-FDS <br> ) <br> ) <br> ) <br> ) <br> ) |

## ORDER OF DISMISSAL

**SAYLOR, J.**

On February 24, 2017, this Court ordered plaintiff to show cause in writing on or before March 10, 2017, why this case should not be dismissed for failure to provide discovery. Because plaintiff failed to show cause within that deadline, this action is hereby DISMISSED without prejudice pursuant to Rule 37(b)(2)(A)(v).

**So Ordered.**

Dated: March 31, 2017

/s/ F. Dennis Saylor
F. Dennis Saylor IV
United States District Judge